UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
John E. Triplett, Clerk of Court
United States District Court

By jamesburrell at 1:34 pm, Jan 15, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 4:25cr-10 |
| | ) |
| v. | ) 18 U.S.C. § 844(i) |
| | ) Arson (Arson Resulting in Personal |
| TAMEKIA NANCY MUMFORD | ) Injury) |
| | ) |
| | ) 18 U.S.C. § 844(i) |
| | ) Arson |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Arson Resulting in Personal Injury*
18 U.S.C. § 844(i)

On or about October 1, 2024, in the Southern District of Georgia, the Defendant,

**TAMEKIA NANCY MUMFORD,**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property, namely the home utilized as a rental property for numerous tenants located at 1834 Capital Street, Savannah, Georgia, which building and property were used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, resulting in personal injury to H.D., F.B., and J.B.

All in violation of Title 18, United States Code, Sections 844(i).

## COUNT TWO
*Arson*
18 U.S.C. § 844(i)

On or about October 1, 2024, in the Southern District of Georgia, the Defendant,

**TAMEKIA NANCY MUMFORD,**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property, namely the home utilized as a rental property for numerous tenants located at 1834 Capital Street, Savannah, Georgia, which building and property were used in interstate and foreign commerce and in activities affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 844(i).

*{signatures on the following page}*

A True Bill.

&lt;

Foreperson

_____
Jill E. Steinberg
United States Attorney

_____
Kelsey L. Scanlon
Assistant United States Attorney
Co-lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
Frank M. Pennington
Assistant United States Attorney
Co-lead Counsel

3